[No. 12278. *En Banc.* December 1, 1915.]

HALLIE STEWART *et al., Appellants*, v. OMER FITZSIMMONS *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Garfield county, Miller, J., entered February 13, 1914, upon findings in favor of the defendants, in an action for partition and an accounting, tried to the court. Affirmed.

*France & Helsell*, for appellants.

*Kuykendall & McCabe* and *G. W. Jewett*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 86 Wash. 55, 149 Pac. 659, and for the reasons there stated, the judgment is affirmed.

---

[No. 12886. *En Banc.* December 1, 1915.]

THE STATE OF WASHINGTON, *on the Relation of Fred J. Chamberlain et al., Plaintiff*, v. I. M. HOWELL, *as Secretary of State, Defendant.*[2]

Application filed in the supreme court June 19, 1915, for a writ of mandamus to compel the secretary of state to file and print an argument upon an initiative measure. Denied.

*Govnor Teats, Leo. Teats*, and *Ralph Teats*, for relators.

*The Attorney General* and *Scott Z. Henderson, Assistant*, for defendant.

PER CURIAM.—This proceeding submits the identical question passed upon in *State ex rel. Chamberlain v. Howell*, 80 Wash. 692, 142 Pac. 1, and is a frank admission to obtain a resubmission of the question there decided. A majority of the court still adhere to the views then expressed, and for the reasons there given, the writ is denied.

[1]Reported in 153 Pac. 27.
[2]Reported in 152 Pac. 143.